IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE DAVID RANDALL SMITH,<br><br>　　　　Debtor.<br>_____/<br>DAVID RANDALL SMITH,<br>　　　　Appellant(s),<br>　v.<br>CITIMORTGAGE, INC., et. al.,<br>　　　　Respondent(s).<br>_____/ | CASE NOs. 5:14-cv-00674 EJD;<br>5:14-cv-00675 EJD<br><br>**ORDER TO SHOW CAUSE** |

On February 12, 2014, Appellant David Randall Smith ("Appellant") filed two notices of appeal from orders of the United States Bankruptcy Court. That same day, the Clerk issued a scheduling order in each case which required Appellant to serve and file an opening brief "28 days after the record on appeal has been entered on the District Court docket." Notifications of completion of the record were thereafter filed on March 19, 2014. Appellant, however, did not file an opening brief within the time designated by the scheduling order.

Accordingly, the court hereby issues an order to show cause why these actions should not be dismissed for failure to prosecute. If Plaintiff does not, by **August 12, 2014**, file opening briefs in each case or otherwise demonstrate good cause in writing why these cases should not be dismissed, the court will dismiss the actions with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Bankruptcy Procedure 8001(a). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: July 29, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge